UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSEMARY GREENE,

    Plaintiff,

vs.                                                                                          Case No.: 10-cv-12044

GREYHOUND LINES, INC.                                                  Hon. Denise Page Hood

       Defendant.
_____/
LAWRENCE R. ROTHSTEIN (P19697)
MICHAEL J. ROTHSTEIN (P70240)
Rothstein Law Group
Attorneys for Plaintiff
19068 W. Ten Mile Rd.
Southfield, MI 48075
(248) 355-2048

MARK SHREVE (P29149)
Garan Lucow Miller, P.C.
Attorney for Defendant
1111 W. Long Lake Rd., Ste. 300
Troy, MI 48098-6333
(248) 641-7600
_____/

**STIPULATION FOR DISMISSAL**
**WITH PREJUDICE**

    This cause having been resolved by the Parties, it is stipulated through their respective counsel that this cause shall be dismissed with prejudice and without costs.

| | |
|---|---|
| s/with consent of Michael J. Rothstein | s/Mark Shreve |
| MICHAEL J. ROTHSTEIN | MARK SHREVE |
| Rothstein Law Group | Garan, Lucow, Miller, P.C. |
| 19068 W. Ten Mile Rd. | 1111 W. Long Lake Rd., Ste. 200 |
| Southfield, MI 48075 | Troy, MI 48098-6333 |
| (248) 355-2048 | (248) 641-7600 |
| mjr@rothsteinlawgroup.com | mshreve@garanlucow.com |
| (P70240) | (P29149) |

## ORDER OF DISMISSAL
## <u>WITH PREJUDICE</u>

In accordance with a stipulation to that effect;

**IT IS HEREBY ORDERED THAT** the above cause is dismissed with prejudice and without costs.

**IT IS FURTHER ORDERED** that this Order is dispositive of all claims presented by the Plaintiff and is the final Order in this matter.

            s/Denise Page Hood
            DENISE PAGE HOOD
            UNITED STATES DISTRICT JUDGE

Dated:  January 27, 2011

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, January 27, 2011, by electronic and/or ordinary mail.

            s/LaShawn R. Saulsberry
            Relief Case Manager, (313) 234-5165